# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES CAMARENA HERNANDEZ, Petitioner, v. JOE A. LIZZARRAGA, Warden, Respondent. | Case No.: 18cv1041 CAB (MDD) **SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

Petitioner, Andres Camarena Hernandez, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis. The Court does not rule on Petitioner's request to proceed in forma pauperis because this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

## **PETITION BARRED BY GATEKEEPER PROVISION**

The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his April 22, 2014 conviction in San Diego Superior Court case No. SCN 319924. On May 18, 2016, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in case No. 16cv1211 CAB (WVG). In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCN 319924 as well. On September 7, 2017, this Court denied the petition on the merits. (*See* Order

filed September 7, 2017 in case No. 16cv1211 CAB (WVG) [ECF No. 29].) Petitioner appealed that determination. On May 4, 2018, the Ninth Circuit Court of Appeals denied Petitioner's request for a certificate of appealability. (*See* Order in *Hernandez v. Kernan*, No. 17-56570 (9th Cir. May 4, 2018).)

Petitioner is now seeking to challenge the same conviction he challenged in his prior federal habeas petition. Unless a petitioner shows he or she has obtained an Order from the appropriate court of appeals authorizing the district court to consider a successive petition, the petition may not be filed in the district court. See 28 U.S.C. § 2244(b)(3)(A). Here, there is no indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive petition.

## **CONCLUSION**

Because there is no indication Petitioner has obtained permission from the Ninth Circuit Court of Appeals to file a successive petition, this Court cannot consider his Petition. Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals. *The Clerk of Court will mail Petitioner a blank Application for Leave to File a Second or Successive Petition or Motion Under 28 U.S.C. § 2254 or § 2255 together with a copy of this Order.*

IT IS SO ORDERED.

Dated: May 29, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

18cv1041 CAB (MDD)